UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Libbell Counts

                Plaintiff,

v.                                     Case No.: 3:22–cv–00023

Matthew Walker Comprehensive Health Center, Inc.

                Defendant,

## **ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/15/2023 re [53].

                                                    Lynda M. Hill
                                              s/ Kim Chastain, Deputy Clerk